# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DILLON CALLAWAY**                                                                              **PLAINTIFF**

**v.**                                              **No. 4:19CV7-RP**

**TIMOTHY MORRIS, ET AL.**                                    **DEFENDANTS**

## ORDER SEALING DOCUMENTS

The defendants have moved to seal various exhibits regarding the plaintiff's medical record, and the court finds that the motion is well taken and is **GRANTED**. The Clerk of the Court is therefore **DIRECTED** to restrict access to these documents to parties only.

**SO ORDERED**, this, the 23rd day of September, 2020.

                                                       /s/     Roy Percy
                                                       UNITED STATES MAGISTRATE JUDGE