## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**DILLON CALLAWAY**                                                                              **PLAINTIFF**

**v.**                                                                                       **No. 4:19CV7-RP**

**TIMOTHY MORRIS, ET AL.**                                                        **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the defendant's motion [27] for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendant in all respects.  In light of this ruling, the defendant's motion [30] to continue the evidentiary hearing in this case is **DISMISSED** as moot.

**SO ORDERED**, this, the 24th day of September, 2020.

/s/   Roy Percy
UNITED STATES MAGISTRATE JUDGE